# In the United States District Court
# For the Southern District Of Georgia
# Waycross Division

| | |
|---|---|
| RICHARD WILLIAM FOY, | * |
| Plaintiff, | * CIVIL ACTION NO.: 5:15-cv-98 |
| v. | * |
| ALL MEDICAL AND STAFF AT COFFEE CORRECTIONAL FACILITY; and NURSE CASTILLO, | * |
| Defendants. | * |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 19), to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DENIES** Plaintiff's request for a temporary restraining order, and **TERMINATES** "All Medical and Staff at Coffee Correctional Facility" as a named Defendant.

**SO ORDERED**, this 27 day of October, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# U.S. District Court
## Southern District of Georgia (Waycross)
## CIVIL DOCKET FOR CASE #: 5:15-cv-00098-LGW-RSB
## Internal Use Only

| | |
|---|---|
| Foy v. All medical and staff Coffee Correctional Facility | Date Filed: 12/14/2015 |
| Assigned to: Chief Judge Lisa G. Wood | Jury Demand: None |
| Referred to: Magistrate Judge R. Stan Baker | Nature of Suit: 555 Prisoner - Prison Condition |
| Cause: 42:1983 Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Richard William Foy**    represented by **Richard William Foy**
1052943
Coffee Correctional Facility
Post Office Box 650
Nicholls, GA 31554
PRO SE

V.

**Defendant**

**Coffee Correctional Facility**
*All medical and Staff*

**Defendant**

**Nurse Castillo**    represented by **Stephen E. Curry**
Curry Law Firm
3508 C Professional Circle
Martinez, GA 30907-2220
706-724-0022
Fax: 866-337-3859
Email: securry@currylawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Melody Mcloud**

**Defendant**

**Dr. Moor**

**Defendant**

**Dr. Austin**

**Defendant**